**Robert B. LANGWORTHY, Administrator, Appellant,**

v.

**Even EVENSON, Thorvold Evenson, and John Evenson, Respondents.**

**No. WD 35361.**

Missouri Court of Appeals, Western District.

June 25, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Aug. 27, 1985.

Kelly L. McClelland, Linde, Thomson, Fairchild, Langworthy, Kohn & Van Dyke, Kansas City, for appellant.

Even G. Evenson, pro se.

Thorvold J. Evenson, pro se.

John L. Evenson, pro se.

Before TURNAGE, C.J., and MANFORD and BERREY, JJ.

## ORDER

**PER CURIAM:**

Appeal from trial court's award of the final personal representative fee for the estate administration.

Judgment affirmed. Rule 84.16(b)